[No. 45779-9-I.  Division One.  April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. GAIL M. GABRIEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02573-0, Joan E. DuBuque, J., entered December 8, 1999. *Affirmed* by unpublished opinion per Cox, J., concurred in by Webster and Ellington, JJ.

[No. 45816-7-I.  Division One.  April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD MICHAEL COSTELLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-07044-1, Charles W. Mertel, J., entered December 9, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45899-0-I.  Division One.  April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK DRISCOLL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01336-5, Larry E. McKeeman, J., entered January 13, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 45938-4-I.  Division One.  April 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ARDELL JOSHUA SHAW, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-00831-1, Richard J. Thorpe, J., entered January 7, 2000. *Affirmed* by unpublished per curiam opinion.